GALLIPOLIS (City) v CANADY

GALLIPOLIS (City) v HEALEY

GALLIPOLIS (City) v MILLS

GALLIPOLIS (City) v GARLINGTON

Ohio Appeals, 4th Dist, Gallia Co

Nos 124, 125, 126, 127. Decided July 15, 1929

Mr. R. M. Switzer, Gallipolis, for City.
Mr. H. W. Cherrington & Mr. A. J. Greene, Gallipolis, for Defendants.

BY THE COURT

The above entitled cases have been submitted upon the record made in the Common Pleas with some additional testimony in this court. The testimony taken in this court does not materially affect the cases, however. As our conclusions are in harmony with those of the Common Pleas we adopt the scholarly opinion of Judge Whitcraft in the Common Pleas as our own and direct that entries be made in the several cases accordingly.

Decree for plaintiff.

Mauck, Richards and Lloyd, JJ, concur.